B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Puerto Rico

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**UBARRI BLANES, ENRIQUE ANTONIO** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**BARAGANO AMADEO, MARIA TERESA** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA ENRIQUITO UBARRI** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA MARITERE BARAGANO; AKA MARITERE BARAGANO DE UBARRI** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-6654** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-6126** |
| Street Address of Debtor (No. and Street, City, and State):<br>**69 WASHINGTON STREET**<br>**San Juan, PR**<br>ZIP Code **00907** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**69 WASHINGTON STREET**<br>**San Juan, PR**<br>ZIP Code **00907** |
| County of Residence or of the Principal Place of Business:<br>**San Juan** | County of Residence or of the Principal Place of Business:<br>**San Juan** |
| Mailing Address of Debtor (if different from street address):<br>**PO BOX 13398**<br>**SAN JUAN, PR**<br>ZIP Code **00908-3398** | Mailing Address of Joint Debtor (if different from street address):<br>**PO BOX 13398**<br>**SAN JUAN, PR**<br>ZIP Code **00908-3398** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

### Filing Fee (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **UBARRI BLANES, ENRIQUE ANTONIO** <br> **BARAGANO AMADEO, MARIA TERESA** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Haras Santa Isabel, Inc.** | Case Number: **10-06672** | Date Filed: **7/27/10** |
| District: **District of Puerto Rico** | Relationship: **STOCKHOLDERS** | Judge: **Mildred Caban Flores** |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** **/s/ Enrique Almeida / Zelma Davila; October 9, 2010** <br> Signature of Attorney for Debtor(s)        (Date) <br> **Enrique Almeida / Zelma Davila; 217701 / 218913** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **UBARRI BLANES, ENRIQUE ANTONIO** <br> **BARAGANO AMADEO, MARIA TERESA** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ ENRIQUE ANTONIO UBARRI BLANES**
Signature of Debtor **ENRIQUE ANTONIO UBARRI BLANES**

X **/s/ MARIA TERESA BARAGANO AMADEO**
Signature of Joint Debtor **MARIA TERESA BARAGANO AMADEO**

Telephone Number (If not represented by attorney)

**October 9, 2010**
Date

### Signature of Attorney*

X **/s/ Enrique Almeida / Zelma Davila;**
Signature of Attorney for Debtor(s)

**Enrique Almeida / Zelma Davila; 217701 / 218913**
Printed Name of Attorney for Debtor(s)

**Almeida & Davila, P.S.C.**
Firm Name

**PO BOX 191757**
**San Juan, PR 00919-1757**

Address

**ealmeida@almeidadavila.com; zdavila@almeidadavila.com**
**(787) 722-2500  Fax: (787) 722-2227**
Telephone Number

**October 9, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

In re: ENRIQUE ANTONIO UBARRI BLANES
MARIA TERESA BARAGANO AMADEO
Debtor(s)

Case No. _____
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BANCO DE DESAROLLO ECONOMICO PO BOX 2134 SAN JUAN, PR 00922-2134 | BANCO DE DESAROLLO ECONOMICO PO BOX 2134 SAN JUAN, PR 00922-2134 | CODEBTOR TO HARAS SANTA ISABEL, INC. | | 1,110,000.00 |
| BANCO DE DESAROLLO ECONOMICO PO BOX 2134 SAN JUAN, PR 00922-2134 | BANCO DE DESAROLLO ECONOMICO PO BOX 2134 SAN JUAN, PR 00922-2134 | CODEBTOR T HARAS SANTA ISABEL, INC. | | 720,000.00 |
| BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | PERSONAL LOAN | | 30,805.00 |
| BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | LINE OF CREDIT | | 23,137.47 |
| BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | | | 22,481.00 |
| BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | CREDIT CARD-VISA | | 21,601.13 |
| BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | | | 16,295.00 |
| BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | CREDIT CARD | | 15,664.42 |
| BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | CREDIT LINE-MAXI CUENTA | | 14,375.00 |

B4 (Official Form 4) (12/07) - Cont.

In re ENRIQUE ANTONIO UBARRI BLANES  
MARIA TERESA BARAGANO AMADEO  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | CREDIT CARD-AMERICAN EXPRESS | | 13,054.00 |
| BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | CREDIT CARD-AMERICAN EXPRESS | | 12,237.00 |
| BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | BANCO POPULAR BANKRUPTCY DIVISION PO BOX 366818 SAN JUAN, PR 00936-6818 | CREDIT CARD-VISA | | 10,867.04 |
| BANK OF AMERICA-V 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | BANK OF AMERICA-V 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | CREDIT CARD | | 12,726.00 |
| BANK OF AMERICA-V 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | BANK OF AMERICA-V 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | CREDIT CARD | | 11,955.00 |
| BANK OF AMERICA-V 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | BANK OF AMERICA-V 100 NORTH TRYON STREET CHARLOTTE, NC 28255 | | | 13,933.00 |
| DORAL FINANCIAL-V PO BOX 71529 SAN JUAN, PR 00936 | DORAL FINANCIAL-V PO BOX 71529 SAN JUAN, PR 00936 | CODEBTOR TO HARAS SANTA ISABEL | | 4,459,760.00 |
| HARAS SANTA ISABEL, INC. PO BOX 13398 SAN JUAN, PR 00908 | HARAS SANTA ISABEL, INC. PO BOX 13398 SAN JUAN, PR 00908 | ACCOUNT RECEIVABLE FROM STOCKHOLDERS CONSIDERED UNCOLLECTIBLE. | | 3,352,747.00 |
| RG PREMIER BANK-BANKRUPTCY DEPT. PO BOX 2510 Guaynabo, PR 00970 | RG PREMIER BANK-BANKRUPTCY DEPT. PO BOX 2510 Guaynabo, PR 00970 | | | 25,283.00 |
| RG PREMIER BANK-BANKRUPTCY DEPT. PO BOX 2510 Guaynabo, PR 00970 | RG PREMIER BANK-BANKRUPTCY DEPT. PO BOX 2510 Guaynabo, PR 00970 | | | 13,657.00 |
| RG PREMIER BANK-BANKRUPTCY DEPT. PO BOX 2510 Guaynabo, PR 00970 | RG PREMIER BANK-BANKRUPTCY DEPT. PO BOX 2510 Guaynabo, PR 00970 | CREDIT CARD | | 13,440.11 |

B4 (Official Form 4) (12/07) - Cont.

In re ENRIQUE ANTONIO UBARRI BLANES
MARIA TERESA BARAGANO AMADEO
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **ENRIQUE ANTONIO UBARRI BLANES** and **MARIA TERESA BARAGANO AMADEO**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **October 9, 2010**    Signature **/s/ ENRIQUE ANTONIO UBARRI BLANES**
**ENRIQUE ANTONIO UBARRI BLANES**
Debtor

Date **October 9, 2010**    Signature **/s/ MARIA TERESA BARAGANO AMADEO**
**MARIA TERESA BARAGANO AMADEO**
Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Puerto Rico

In re    **ENRIQUE ANTONIO UBARRI BLANES**
        **MARIA TERESA BARAGANO AMADEO**        Case No. _____
                                                                         Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | **$175.00 p/h** | $    **0.00** |
   | Prior to the filing of this statement I have received | | $    **8,905.00** |
   | Balance Due | | $    **0.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ☒ Other (specify):    **DEBTORS' DAUGHTERS: MARIA T. UBARRI AND MARIA M. UBARRI**

4. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 9, 2010**            **/s/ Enrique Almeida / Zelma Davila;**
                                                Enrique Almeida / Zelma Davila; 217701 / 218913
                                                Almeida & Davila, P.S.C.
                                                PO BOX 191757
                                                San Juan, PR 00919-1757
                                                (787) 722-2500   Fax: (787) 722-2227
                                                ealmeida@almeidadavila.com;
                                                zdavila@almeidadavila.com

B 201A (Form 201A) (12/09)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Puerto Rico

In re  ENRIQUE ANTONIO UBARRI BLANES
       MARIA TERESA BARAGANO AMADEO                            Case No. _____
                                              Debtor(s)        Chapter    **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| ENRIQUE ANTONIO UBARRI BLANES<br>MARIA TERESA BARAGANO AMADEO | X  /s/ ENRIQUE ANTONIO UBARRI BLANES | October 9, 2010 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X  /s/ MARIA TERESA BARAGANO AMADEO | October 9, 2010 |
|  | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## District of Puerto Rico

In re: **ENRIQUE ANTONIO UBARRI BLANES**
**MARIA TERESA BARAGANO AMADEO**
Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **October 9, 2010**   **/s/ ENRIQUE ANTONIO UBARRI BLANES**
ENRIQUE ANTONIO UBARRI BLANES
Signature of Debtor

Date: **October 9, 2010**   **/s/ MARIA TERESA BARAGANO AMADEO**
MARIA TERESA BARAGANO AMADEO
Signature of Debtor

| | | |
|---|---|---|
| ENRIQUE ANTONIO UBARRI BLANES<br>PO BOX 13398<br>SAN JUAN, PR 00908-3398 | CITIFINANCIAL - BANKRUPTCY<br>PO BOX 70919<br>CHARLOTTE, NC 28272-0919 | HARAS SANTA ISABEL, INC.<br>RURAL ROAD RR14 KM 23.5<br>COAMO, PR 00769 |
| MARIA TERESA BARAGANO AMADEO<br>PO BOX 13398<br>SAN JUAN, PR 00908-3398 | DINERS CLUB<br>PO BOX 6500<br>SIOUX FALLS, SD 57117 | HSBC RETAIL SERVICES-V<br>PO BOX 2013<br>BUFFALO, NY 14240 |
| ENRIQUE ALMEIDA / ZELMA DAVILA;<br>ALMEIDA & DAVILA, P.S.C.<br>PO BOX 191757<br>SAN JUAN, PR 00919-1757 | DORAL FINANCIAL-V<br>PO BOX 71529<br>SAN JUAN, PR 00936 | ORIENTAL GROUP<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 |
| AMEX-V<br>PO BOX 981540<br>EL PASO, TX 79998-1540 | EUROBANK<br>PO BOX 191009<br>SAN JUAN, PR 00919-1009 | PRTC-V<br>PO BOX 360998<br>SAN JUAN, PR 00936-0998 |
| BANCO DE DESAROLLO ECONOMICO<br>PO BOX 2134<br>SAN JUAN, PR 00922-2134 | FIA CARD SERVICES-V<br>PO BOX 15726<br>WILMINGTON, DE 19886-5726 | RG PREMIER BANK-BANKRUPTC<br>PO BOX 2510<br>GUAYNABO, PR 00970 |
| BANCO POPULAR<br>BANKRUPTCY DIVISION<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | FIRST BANK-V<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | SEARS/CBSD-V<br>PO BOX 6275<br>SIOUX FALLS, SD 57117-6275 |
| BANCO SANTANDER-V<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | GE MONEY BANK BANKRUPTCY DEPT.<br>PO BOX 103104<br>ROSWELL, GA 30076 | |
| BANK OF AMERICA-V<br>100 NORTH TRYON STREET<br>CHARLOTTE, NC 28255 | GEMB/L & T<br>PO BOX 981432<br>EL PASO, TX 79998 | |
| BLOOMDSNB<br>911 DUKE BLVD<br>MASON, OH 45040 | HARAS SANTA ISABEL, INC.<br>PO BOX 13398<br>SAN JUAN, PR 00908 | |